UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DAWSON, <br>     Plaintiff, <br> v. <br> NURSE RAFEAL, et al., <br>     Defendants. | Case No. 21-08877 BLF (PR) <br><br> **JUDGMENT** |

    The Court has dismissed the instant action with prejudice for failure to state a claim for relief.  Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

**Dated:  __March 18, 2022_____**

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.21\08877Dawson_judgment